HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONELLE R. FIGUEROA,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF TUKWILA, et al.,<br><br>  Defendants. | CASE NO. C11-1496 RAJ<br><br>ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON QUALIFIED IMMUNITY |

This matter comes before the court on a motion for summary judgment on qualified immunity by defendants William J. Devlin and Jason Wollan.[1] Dkt. # 10. *Pro se* plaintiff alleges a single cause of action under 42 U.S.C. § 1983 for use of excessive force in violation of the Fourth and Fourteenth Amendments. Dkt. # 1 at 9 ¶¶ 5-5.8. The only evidence presented by defendants is two improperly authenticated, inadmissible police reports.[2] *See Orr v. Bank of America*, 285 F.3d 764, 773 (9th Cir. 2002) (court

---

[1] The individual defendants seem to indicate in a footnote that the City of Tukwila is not a moving party. The court notes that it will not grant summary judgment on behalf of a defendant who is not a moving party.

[2] It is unclear to the court why officers Devlin and Wollan did not provide their own declarations explaining the events they observed and properly authenticating their reports.

may only consider admissible evidence in resolving a motion for summary judgment). The court also notes that Officer Wollan's police report is not signed. Since defendants have failed to present admissible evidence, the court DENIES the motion. The court notes that although plaintiff opposes the motion, she has failed to present any admissible evidence as well. If she wishes to oppose a future motion for summary judgment, she must present admissible evidence in support of her opposition. Simply arguing that she will present evidence is insufficient.

For all the foregoing reasons, the court DENIES the defendants' motion for summary judgment. Dkt. # 10. Defendants may file a renewed motion for summary judgment on the same issues raised with supporting, admissible evidence no later than October 31, 2012.

Dated this 8th day of October, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge